Opinion issued May 19, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00498-CR

———————————

STACEY
DEMETRICE REED, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 179th District Court 

Harris County, Texas



Trial Court Cause No. 1246961

 



MEMORANDUM OPINION

Appellant, Stacey Demetrice Reed, has filed a motion
to dismiss the appeal.  See Tex.
R. App. P. 42.2(a).  We have not
issued a decision in this appeal.  The
Clerk of this Court has sent a duplicate copy to the trial court clerk. Id.

Accordingly, we dismiss the appeal.  See Tex. R. App. P. 43.2(f).  We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Bland and Massengale.

Do not publish. 
 Tex. R. App. P. 47.2(b).